

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT ON REMAND

Venture Cotton Cooperative
and Noble Americas Corp.,

* From the 106th District Court
of Gaines County,
Trial Court Nos. 11-02-16176 &
11-02-16184.

Vs. No. 11-11-00093-CV

* April 30, 2015

Shelby Alan Freeman et al.,

* Opinion on Remand by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and McCall, sitting
by assignment)
(Bailey, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the orders of the trial court and remand this cause to the trial court for the court to enter an order in which it compels the parties to arbitration and in which it stays all proceedings in the trial court until the conclusion of such arbitration. Additionally, we sever the following provision from the American Cotton Shippers Association's rules: "The awards shall be limited to the monetary damages arising out of the failure of either party to perform its obligations pursuant to the contract as determined by the Arbitration Committee and shall not include attorney's fees unless provided for in the contract." The costs incurred by reason of this appeal are taxed three-fourths against Appellees and one-fourth against Appellants.